# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

## UNITED STATES OF AMERICA

## VS.                                                    CASE NO: 5:15-cr-8-Oc-10PRL

## Juan Antonio Medina
_____/

### ORDER

For the reasons stated at the hearing held today, the motion to appear *pro hac vice* of Jorge Luis Armenteros-Chervoni, Esq. (Doc. 131), is **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court.  After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

Local counsel, Julio Gil de la Madrid, Esq., fully assumes all responsibilities set forth in Local Rule 2.02, including responsibility for trial in default of the non-resident attorney.  If local counsel is unwilling to assume all required responsibilities, a written designation and consent to act by another local attorney must be filed within ten days of the date of this order.

**DONE** and **ORDERED** in Ocala, Florida, on March 14, 2016.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties